UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA LYNNE UGARTE, f/k/a
Tina Lynne Gilmore,

Plaintiff,

v. Case No: 8:07-cv-735-T-23EAJ

SUNSET CONSTRUCTION, INC., et al.,

Defendants.
________________________________/

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's "Motion for Default Judgment" (Doc. 12) was referred to the United States magistrate judge for a report and recommendation. Following the magistrate judge's September 30, 2008, report and recommendation (Doc. 36), no party objects to the report and the time for filing objections has expired. Accordingly, the magistrate judge's report and recommendation (Doc. 36) is **ADOPTED**. The motion (Doc. 12) is **GRANTED** to the extent that the motion requests statutory damages under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77(2), and statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(2)(A), and otherwise the motion is **DENIED**. There being no just reason for delay, the Clerk is directed to enter judgment in favor of the plaintiff Tina Lynne Ugarte and against the defendants Brian J. Murtha and Murtha & Murtha P.A., jointly and severally, in the amount of $2,000.00 (comprising $1,000.00 as statutory damages under

the Florida Consumer Collection Practices Act and $1,000 as statutory damages under the Fair Debt Collection Practices Act).

ORDERED in Tampa, Florida, on October 21, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE